UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :
JOSE GRULLON, a/k/a JOSE D.        :         **COPIES MAILED**
GRULLON, a/k/a ESPINAL NISIA       :
                                   :
            Petitioner pro se      :         09 Civ. 7724 (WHP)
                                   :
       -against-                   :         SCHEDULING ORDER
                                   :
UNITED STATES OF AMERICA,          :         ┌─────────────────────────┐
                                   :         │ USDC SDNY               │
            Respondent.            :         │ DOCUMENT                │
---------------------------------- X         │ ELECTRONICALLY FILED    │
                                             │ DOC #: _____        │
WILLIAM H. PAULEY III, District Judge:       │ DATE FILED: 10/20/09    │
                                             └─────────────────────────┘

Jose Grullon pro se having petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, it is ordered that:

1. Respondent shall serve and file a response to the petition on or before sixty days, along with all relevant parts of the state court record;

2. The Clerk of Court shall serve copies of this Order and the petition by certified mail upon the United States Attorney's Office, Southern District of New York; and

3. Petitioner shall have forty-five days from the date on which he is served with respondent's answer to file a response; the petition will be considered fully submitted as of that date.

Dated:   October 20, 2009
         New York, New York

                                       SO ORDERED:

                                       _____
                                          WILLIAM H. PAULEY III
                                                U.S.D.J.

*Copy mailed to*:

Jose Grullon
84420-054
MVCC
555 I Cornell Drive
Unit a-6
Phillipsburg, PA 16866
*Plaintiff Pro Se*